FILED & ENTERED

JAN 19 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Khevin P. DeVaughn,<br>Dimitra S. DeVaughn,<br><br><br>Debtors | Case No.:      2:20-bk-19262-NB<br><br>Adv. Case No.:  2:20-ap-01655-NB<br><br>Chapter:      13<br><br>**ORDER CLOSING ADVERSARY PROCEEDING** |
| CYB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Dimitra S. DeVaughn,<br>Khevin P. DeVaughn,<br>Comstock Brewing Company,<br><br>Defendants. | [No hearing Required] |

    This adversary proceeding concerns the dischargeability of debts.  The bankruptcy case of Debtors and defendants Dimitra S. DeVaughn and Khevin P. DeVaughn has been dismissed (*see* 2:20-bk-19262-NB, dkt. 32), so they will not receive any discharge in this bankruptcy case, and dischargeability has always been

1  irrelevant as to Comstock Brewing Company because it does not have a pending

2  bankruptcy case.

3        When a bankruptcy case is dismissed, the Bankruptcy Court should determine

4  whether or not it retains jurisdiction over any pending adversary proceeding.  *See In re*

5  *Carraher*, 971 F.2d 327, 328 (9th Cir. 1992) ("… where a federal district court dismisses

6  federal claims, the court must consider economy, convenience, fairness and comity in

7  deciding whether to retain jurisdiction over pendent state claims.") (internal citations

8  omitted); *In re Casamont Investors, Ltd.,* 196 B.R. 517, 522-26 (9th Cir. BAP 1996)

9  (applying *Carraher* principles more broadly in bankruptcy matters).

10        This Court has considered the foregoing factors, and the other facts and

11  circumstances of this case.  Of particular importance, non-dischargeability issues are

12  mooted by dismissal.  *See, e.g., In re Menk*, 241 B.R. 896, 905-06 (9th Cir. BAP 1999)

13  (finding nondischargeability proceeding moot where debtor no longer has a discharge in

14  prospect); *see also In re Steed*, 614 B.R. 395, 402-03 (Bankr. N.D. Ga. 2020)

15  ("dismissal of an underlying bankruptcy case moots nondischargeability actions").

16        For the reasons stated herein, and good cause appearing, it is hereby

17  ORDERED that the adversary proceeding is CLOSED.

18        ###

19

20

21

22

23

24  Date: January 19, 2021

25        Neil W. Bason
      United States Bankruptcy Judge

26

27

28

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Plaintiff
CYB, LLC
c/o Lane M. Nussbaum
Nussbaum APC
27489 Agoura Rd., Ste 102
Agoura Hills, CA 91301

Defendants
Dimitra S. DeVaughn
Khevin P. DeVaugh
c/o Lawrence R. Fieselman
POB 27
Bellflower, CA 90707

Comstock Brewing Company
Attn: Officer or authorized agent
2232 D. Street, Unit 101
La Verne, CA 91750

☐ Service information continued on attached page

Date:    1/19/2021    Signature:    _____/s/ Sharon Sumlin_____

Deputy Clerk [*printed name*]:    ___Sharon Sumlin_____